## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 25-6914 PA (PVCx) | Date | April 13, 2026 |
|---|---|---|---|
| Title | Sanjiv Goel MD, Inc. v. Aetna Life Insurance Company | | |

Present: The Honorable    PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| Kamilla Sali-Suleyman | None | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**         IN CHAMBERS – COURT ORDER

On February 4, 2026, the parties filed a Stipulation to Amend the Civil Trial Scheduling Order to Address ERISA Claims.  The parties' Stipulation included a deadline of March 17, 2026, for the parties to file the Administrative Record.  After receiving the parties' Stipulation, the Court issued a Minute Order on February 4, 2026, setting certain pretrial and trial dates for this ERISA action.  That February 4, 2026 Minute Order included a deadline of March 17, 2026 for the parties to file the Administrative Record.  To date, despite the expiration of that deadline, the parties have not filed the Administrative Record.  This is not the first time the parties have appeared to violate the Court's Orders.  Indeed, the Court previously admonished the parties for their repeated violations of the Local Rules and the Court's Orders in a November 10, 2025 Minute Order.  Once again, the parties appear to have unnecessarily taxed the Court's limited resources by requiring the Court to monitor the parties' timely and orderly prosecution of this action and their compliance with the Court's Orders.  The Court therefore orders the parties to show cause in writing why they should not be sanctioned in the amount of $2,000.00 for their violation of the Court's February 4, 2026 Minute Order.  The parties' responses to this Order to Show Cause shall be filed by no later than April 20, 2026.

IT IS SO ORDERED.