JS-6

PICK & BOYDSTON, LLP
BRIAN D. BOYDSTON, ESQ., CA Bar No. 155614
Brianb@ix.netcom.com
1271 West 8th St., Unit 3
San Pedro, California 90731
Telephone: (310)987-2414

Attorneys for Plaintiff Sanjiv GOEL MD, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANJIV GOEL MD. INC., a California corporation,<br><br>            Plaintiff,<br><br><br><br>      v.<br><br>AETNA LIFE INSURANCE COMPANY, and DOES 1 through 50, inclusive,<br><br>            Defendants. | CASE NO.  2:25-cv-06914-PA-PVC<br>Judge: *Percy Anderson*<br><br>**ORDER RE JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br><br><br><br>Trial Date: 6/30/26<br><br>Complaint Filed: 8/15/25 |

Pursuant to the Joint Stipulation to Dismiss Entire Action with Prejudice executed by and between Plaintiff SANJIV GOEL, M.D., INC. and Defendant AETNA LIFE INSURANCE COMPANY, the Court hereby orders that this action is dismissed with prejudice, each side to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  April 29, 2026                      _____

                                        Percy Anderson
                                        United States District Judge

**[PROPOSED] ORDER RE JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**